KUELLING v. RODERICK LEAN MFG. CO. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Rinehart Kuelling against the Roderick Lean Manufacturing Company.

PER CURIAM. Defendant's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

KRUSE, J., dissents.

KUELLING v. RODERICK LEAN MFG. CO. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by Reinhart Kuelling against the Roderick Lean Manufacturing Company. No opinion. Motion denied, with $10 costs and disbursements.

KWIECHINSKI, Appellant, v. MOLESKI et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Jacob Kwiechinski, as, etc., against Andrew Moleski and others. No opinion. Order affirmed, with $10 costs and disbursements.

LAHY, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Benjamin Lahy, as administrator of Isabella Lahy, against the Brooklyn Heights Railroad Company. No opinion. Case settled since argument. Appeal dismissed, with costs.

LAKNER et al. v. D. J. McCAULEY CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Michael Lakner and another against the D. J. McCauley Company. No opinion. Motion granted, with $10 costs. Order filed.

LANCASTER SEA BEACH IMP. CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by the Lancaster Sea Beach Improvement Company against the city of New York. No opinion. Interlocutory judgment affirmed, with costs.

LANE et al. v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Appeal from Special Term. Action by Lillie Lane and others against the Equitable Life Assurance Society of the United States and W. Morton Garden, individually and as executor of George W. Kidd, deceased. From a judgment in favor of plaintiff, the latter defendant appeals. Affirmed. Charles C. Dickinson, for appellant. Abel E. Blackmar (F. S. Fisher, on the brief), for respondents.

WOODWARD, J. All of the questions involved in this appeal were necessarily disposed of on demurrer (Lane v. Equitable Life Assurance Society, 102 App. Div. 625, 92 N. Y. Supp. 1131), excepting the delivery of the assignment of the policy of insurance involved in the litigation; this question being raised by the answer interposed after the decision of the demurrer. Upon this point there is no lack of evidence to support the decision of the court at Special Term, and the judgment appealed from should therefore be affirmed, with costs. All concur.

LANE, Respondent, v. McFARLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Charles F. Lane, as, etc., against George W. McFarland. No opinion. Judgment affirmed, with costs.

LANE, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Ellen Lane against the Yonkers Railroad Company. No opinion. Judgment and order of the City Court of Yonkers reversed, and new trial ordered, costs to abide the event, for error in ruling at folio 100. See Morris v. Railway Co., 148 N. Y. 88, 42 N. E. 410, 51 Am. St. Rep. 675.

LATHROP, SHEA & HENWOOD CO. v. PITTSBURG, S. & N. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by the Lathrop, Shea & Henwood Company against the Pittsburg, Shawmut & Northern Railroad Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall, within 30 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41; in which event said motion is denied, without costs.

LATUREN, Appellant, v. BOLTON DRUG CO., Limited, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Emma F. Laturen against the Bolton Drug Company, Limited. No opinion. Motion for leave to appeal to the Court of Appeals denied.

In re LAWLOR'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the probate of the last will and testament of Anna Eliza (McCreedon) Lawlor, deceased. No opinion. Motion to dismiss appeal granted.

In re LAWRENCE. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of Edwin W. Lawrence for admission to the bar. No opinion. Application granted.

LAWRENCE et al. v. GROUT et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by George H. Lawrence and others against Edward M. Grout and others. No opinion. Motion granted. Order filed.

LAWRENCE et al., Appellants, v. SIAS, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by George H. Lawrence and another against Arthur W. Sias, individually, etc. H. W. Alden, for appellants. J. R. Halsey, for respond-